DEANNE E. MAYNARD
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006-1888
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
DMaynard@mofo.com

BENJAMIN J. FOX (CA SBN 193374)
GIANCARLO UREY (CA SBN 267069)
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454
BFox@mofo.com; GUrey@mofo.com

Attorneys for
VERIZON ONLINE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE 16,<br><br>Defendant. | No. 2:12-cv-02078-MMB<br><br>[Action Pending in the Eastern District of Pennsylvania]<br><br>**OBJECTIONS TO MALIBU MEDIA, LLC'S SUBPOENA TO VERIZON ONLINE LLC** |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

Verizon Online LLC ("Verizon") responds and objects as follows to the subpoena for documents and for records from Malibu Media, LLC in the above-captioned action:

**GENERAL OBJECTIONS**

1. Verizon objects to the subpoena in its entirety on the basis that the subpoena is intended to harass Verizon, particularly in light of the pending motion by Verizon for leave to take discovery in the related Malibu Media actions. *See Malibu Media, LLC v. Verizon Online, LLC*, Case No. 6:12-mc-00017-C (N.D. Tex. Dec. 10, 2012).

2. Verizon further objects to the subpoena in its entirety on the grounds that a deposition subpoena to a third-party is unnecessary, nor is it the efficient for the litigants in light of the availability of other means of discovery that are available.

3. Verizon objects to the subpoena in its entirety on the basis that a deposition is unduly burdensome, abusive, and unnecessary in this case, given that:

a. Malibu Media continues to misuse the judicial process by filing multi-Doe actions across the country without any intention of proceeding to trial. *See, e.g., Malibu Media v. Does 1-10*, 2012 U.S. Dist. LEXIS 89286, at *9 (C.D. Cal. July 27, 2012) ("The Court will not idly watch what is essentially an extortion scheme for a case that plaintiff has no intention of bringing to trial.").

b. Malibu Media continues to engage in shakedown tactics against Doe defendants, including Verizon's subscribers. *See. e.g., Barker v. Patrick Collins, Inc.*, No. 3:12-cv-00372-CRS, ECF No. 8 at ¶¶ 21-22 (W.D. Ky. July 29, 2012) (alleging that a Malibu Media representative "demanded that [the Doe Defendant] pay money to settle the lawsuit or she would be identified publicly as having downloaded pornography and would be subject to hundreds of thousands of dollars as a judgment if the suit went forward[,]" despite the fact that the Doe Defendant "did not know what BitTorrent was and had never downloaded any pornography from the Internet"); *see also Digital Sin, Inc. v. Does 1-176*, 279 F.R.D. 229, 242 (S.D.N.Y. 2012) (the "risk of false positives gives rise to 'the potential for coercing unjust settlements from innocent defendants' such as individuals who want to avoid the embarrassment of having their names publicly associated with allegations of illegally downloading" pornography).

c. Lack of reliable investigative techniques calls into question whether Malibu Media has identified the proper defendant in the underlying action. *See, e.g., Digital Sin, Inc. v. Does 1-5698*, 2011 U.S. Dist. LEXIS 128033, at *10 (N.D. Cal. Nov. 4, 2011) ("as has been discussed by other courts in this district, the ISP subscribers may not be the individuals who infringed upon Digital Sin's copyright"); *Malibu Media, LLC v. Does 1-28*, 2012 U.S. Dist. LEXIS 144501, at *9 (D. Colo. Oct. 25, 2012) (same; "For example, 'subscriber John Doe 1 could be an innocent parent whose internet access was abused by her minor child, while John Doe 2

might share a computer with a roommate who infringed Plaintiffs' Works.'"); *In re BitTorrent Adult Film Copyright Infringement Cases*, 2012 U.S. Dist. LEXIS 61447, at *8 (E.D.N.Y. May 1, 2012) ("[T]he assumption that the person who pays for Internet access at a given location is the same individual who allegedly downloaded a single sexually explicit film is tenuous, and one that has grown more so over time.").

d. Any Verizon representative would not have the requisite knowledge to assist the Court or the parties in resolving the action.

4. Verizon objects to the proposed date of the deposition and location, which was set unilaterally and without Verizon's counsel's prior consultation.

5. Verizon objects to Malibu Media's request that Verizon "identify the designated witness for each of the subject matter categories . . . no later than 5 p.m. EST on January 17, 2013." That request is unduly burdensome and seeks to impose an obligation on Verizon that is beyond obligations required by the scope of permissible discovery.

6. Verizon objects to the date of production of documents as requested in the notice as unreasonable in light of Malibu Media's failure to provide 30-days' notice.

7. Verizon objects to each of the document requests and deposition topics, to the extent that it seeks confidential or proprietary documents or information belonging to Verizon.

8. Verizon objects to each of the document requests and deposition topics as vague and ambiguous, to the extent it seeks information regarding or relating to "[redacted] an individual who is not further identified in the subpoena.

9. Verizon objects to each of the document requests and deposition topics, to the extent it would require Verizon to search backup tapes or drives, deleted data, or legacy data from obsolete systems for responsive documents. These types of media are not reasonably accessible and would entail undue burden and expense to restore and search. Verizon also objects to any request that would require Verizon to suspend the routine operation of its electronic information systems.

10. Each of the foregoing objections is incorporated into each of the responses to the document requests and deposition topics below.

**OBJECTIONS TO THE REQUESTS FOR DOCUMENTS**

**SCHEDULE A**

**DOCUMENT REQUEST (a):**

Any and all document(s) that refers or relates to or comprises a record that the Defendants received a DMCA notice, including but not limited to the DMCA record.

**OBJECTION TO DOCUMENT REQUEST (a):**

Verizon incorporates its general objections by reference. Verizon further objects to this Request on the basis that the use of the terms "Defendants," "DMCA notice," and "DMCA record," in this context renders the Request vague and ambiguous. Verizon further objects to this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence.

**DOCUMENT REQUEST (b):**

A document that sets forth and summarizes the average internet bandwidth usage of Verizon Internet Services' for customers.

**OBJECTION TO DOCUMENT REQUEST (b):**

Verizon incorporates its general objections by reference. Verizon further objects to this Request on the basis that it is overly broad and unduly burdensome, to the extent it seeks information regarding *all* of Verizon's customers. Verizon further objects to this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence.

**DOCUMENT REQUEST (c):**

A document that sets forth and summarizes the average internet bandwidth usage of Verizon Internet Services' for customers each of the smallest following geographic region [redacted]

**OBJECTION TO DOCUMENT REQUEST (c):**

Verizon incorporates its general objections by reference. Verizon further objects to this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence.

**DOCUMENT REQUEST (d):**

Any and all documents that refer, relate to, or comprise records indicating the amount of Internet bandwidth used by [redacted] during the past three years. Please provide these records in the smallest time increments that you maintain such archives.

**OBJECTION TO DOCUMENT REQUEST (d):**

Verizon incorporates its general objections by reference. Verizon further objects to this Request on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence.

**DOCUMENT REQUEST (e):**

Any and all documents that refer, relate to, or comprise records of any television shows, movies, or any other form of audiovisual performance(s) which your records indicate [redacted] ordered via pay-per-view service television (or other device capable of viewing audiovisual performances) during the last three years. For the avoidance of doubt, we are not seeking a schedule of programs generally but instead records which you may possess that indicate which programs or audiovisual performances [redacted] watched.

**OBJECTION TO DOCUMENT REQUEST (e):**

Verizon incorporates its general objections by reference. Verizon further objects to this Request on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Request on the basis that Verizon is not authorized to release the information sought, to the extent a court order is required. *See* 47 U.S.C. § 551.

**DOCUMENT REQUEST (f):**

A complete copy of each of the terms and use of agreements which were in place between you and [redacted]

**OBJECTION TO DOCUMENT REQUEST (f):**

Verizon incorporates its general objections by reference. Verizon further objects to this

Request on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Request on the basis that it seeks information that is equally available to a party in this action as it is to Verizon.

**DOCUMENT REQUEST (g):**

A complete copy of each of the privacy policies which were in place between you and [REDACTED]

**OBJECTION TO DOCUMENT REQUEST (g):**

Verizon incorporates its general objections by reference. Verizon further objects to this Request on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Request on the basis that it seeks information that is equally available to a party in this action as it is to Verizon.

**DOCUMENT REQUEST (h):**

A complete copy of each of the contracts which have ever been in force between you and [REDACTED]

**OBJECTION TO DOCUMENT REQUEST (h):**

Verizon incorporates its general objections by reference. Verizon further objects to this Request on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Request on the basis that it seeks information that is equally available to a party in this action as it is to Verizon.

**DOCUMENT REQUEST (i):**

A complete copy of each of the manual(s) provided by you to [REDACTED] in association with any and all wireless internet router(s) you provided to [REDACTED]

**OBJECTION TO DOCUMENT REQUEST (i):**

Verizon incorporates its general objections by reference. Verizon further objects to this Request on the basis that it is overly broad and unduly burdensome. Verizon further objects to

this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Request on the basis that it seeks information that is equally available to a party in this action as it is to Verizon.

**DOCUMENT REQUEST (j):**

A complete copy of each of the instruction(s) provided by you to [redacted] in association with any and all wireless internet router(s) you provided to [redacted]

**OBJECTION TO DOCUMENT REQUEST (j):**

Verizon incorporates its general objections by reference. Verizon further objects to this Request on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Request on the basis that it seeks information that is equally available to a party in this action as it is to Verizon.

**DOCUMENT REQUEST (k):**

A complete copy of each of the manual(s) provided by you to [redacted] in association with the internet service you provided to [redacted] [redacted] sage thereof.

**OBJECTION TO DOCUMENT REQUEST (k):**

Verizon incorporates its general objections by reference. Verizon further objects to this Request on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Request on the basis that it seeks information that is equally available to a party in this action as it is to Verizon.

**DOCUMENT REQUEST (l):**

A complete copy of each of the instruction(s) provided by you to [redacted] in association with the internet service you provided to [redacted] [redacted] sage thereof.

**OBJECTION TO DOCUMENT REQUEST (l):**

Verizon incorporates its general objections by reference. Verizon further objects to this

Request on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Request on the basis that it seeks information that is equally available to a party in this action as it is to Verizon.

**DOCUMENT REQUEST (m):**

Complete copies of any or all notices, letters, bills, invoices and other Documents that you provided to Defendant.

**OBJECTION TO DOCUMENT REQUEST (m):**

Verizon incorporates its general objections by reference. Verizon further objects to this Request on the basis that the use of the term "Defendant" renders the Request vague and ambiguous. Verizon further objects to this Request on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Request on the basis that it seeks information that is equally available to a party in this action as it is to Verizon.

**DOCUMENT REQUEST (n):**

Complete copies of any document, including documents on your website, to which Defendant had access, either directly or via the internet, which refers or relates to your policy concerning infringement of intellectual property rights over the internet.

**OBJECTION TO DOCUMENT REQUEST (n):**

Verizon incorporates its general objections by reference. Verizon further objects to this Request on the basis that the use of the term "Defendant" renders the Request vague and ambiguous. Verizon further objects to this Request on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Request on the basis that it seeks information that is equally available to a party in this action as it is to Verizon.

**DOCUMENT REQUEST (o):**

The process used to correlate the IP address with subscriber after the party has provided the initial subpoenaed information.

**OBJECTION TO DOCUMENT REQUEST (o):**

Verizon incorporates its general objections by reference. Verizon further objects to this Request on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Request on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Request on the basis that it seeks confidential or proprietary documents belonging to Verizon

**OBJECTIONS TO THE DEPOSITION TOPICS**

**SCHEDULE B**

**DEPOSITION TOPIC (a):**

Discussion of document(s) that refers or relates to or comprises a record that the Defendants received a DMCA notice, including but not limited to the DMCA record.

**OBJECTION TO DEPOSITION TOPIC (a):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that the use of the terms "Defendants," "DMCA notice," and "DMCA record," in this context renders the Topic vague and ambiguous. Verizon further objects to this Topic on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Topic on the basis that it implicates third parties' rights to privacy.

**DEPOSITION TOPIC (b):**

Discussion of the document(s) that sets forth and summarizes the average internet bandwidth usage of Verizon Internet Services' for customers.

**OBJECTION TO DEPOSITION TOPIC (b):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that it is overly broad and unduly burdensome, to the extent it seeks information regarding *all* of Verizon's customers. Verizon further objects to this Topic on the

basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence.

**DEPOSITION TOPIC (c):**

Discussion of the document(s) that sets forth and summarizes the average internet bandwidth usage of Verizon Internet Services' customers in the each of the smallest of the following geographic region[REDACTED]

**OBJECTION TO DEPOSITION TOPIC (c):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Topic on the basis that it implicates third parties' rights to privacy.

**DEPOSITION TOPIC (d):**

Discussion of document(s) that refers or relates to or indicates the amount of internet bandwidth used by[REDACTED]during the past three years. Please provide these records in the smallest time increments that you maintain such archives.

**OBJECTION TO DEPOSITION TOPIC (d):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Topic on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Topic on the basis that it implicates third parties' rights to privacy.

**DEPOSITION TOPIC (e):**

Discussion of any and all document(s) that refers, relates to, or comprises records of any television shows, movies, or any other form of audiovisual performance(s) which your records indicate[REDACTED]rdered via pay-per-view service television (or other device capable of viewing audiovisual performances) during the last three years. For the avoidance of doubt, we are not seeking a schedule of programs generally but instead records which you may possess that indicate which programs or audiovisual performances[REDACTED]

watched.

**OBJECTION TO DEPOSITION TOPIC (e):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Topic on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Topic on the basis that Verizon is not authorized to discuss the information sought, to the extent a court order is required. *See* 47 U.S.C. § 551. Verizon further objects to this Topic on the basis that it implicates third parties' rights to privacy.

**DEPOSITION TOPIC (f):**

Explanation of each of the terms and use agreements which were in place between you and [redacted]

**OBJECTION TO DEPOSITION TOPIC (f):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Topic on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Topic on the basis that it implicates third parties' rights to privacy.

**DEPOSITION TOPIC (g):**

Explanation of each of the privacy policies which were in place between you and [redacted]

**OBJECTION TO DEPOSITION TOPIC (g):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Topic on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Topic on the basis that it implicates third parties' rights to privacy.

**DEPOSITION TOPIC (h):**

Explanation of the contracts which have ever been in force between you and [REDACTED]

**OBJECTION TO DEPOSITION TOPIC (h):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Topic on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Topic on the basis that it implicates third parties' rights to privacy.

**DEPOSITION TOPIC (i):**

Interpretation of each of the manual(s) provided by you t[REDACTED]n association with any and all wireless internet router(s) you provided t[REDACTED]

**OBJECTION TO DEPOSITION TOPIC (i):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Topic on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects that the Topic is vague and ambiguous as to "interpretation … of manuals…"

**DEPOSITION TOPIC (j):**

Explanation of the instruction(s) provided by you to [REDACTED]n association with any and all wireless internet router(s) you provided t[REDACTED].

**OBJECTION TO DEPOSITION TOPIC (j):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Topic on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence.

**DEPOSITION TOPIC (k):**

Interpretation of the manual(s) provided by you to [REDACTED]n association

with the internet service you provided to [REDACTED] usage thereof.

**OBJECTION TO DEPOSITION TOPIC (k):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Topic on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects that the Topic is vague and ambiguous as to "interpretation ... of manuals..."

**DEPOSITION TOPIC (l):**

Explanation of the instruction(s) provided by you to [REDACTED] association with the internet service you provided to [REDACTED] r [REDACTED] usage thereof.

**OBJECTION TO DEPOSITION TOPIC (l):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Topic on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence.

**DEPOSITION TOPIC (m):**

Discussion of copies of any all notices, letters, bills, invoices and other Documents that you provided to Defendant.

**OBJECTION TO DEPOSITION TOPIC (m):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that the use of the term "Defendant" renders the Topic vague and ambiguous. Verizon further objects to this Topic on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Topic on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects that the Topic seeks information protected by third parties' rights to privacy.

**DEPOSITION TOPIC (n):**

Discussion of any document(s), on your website, to which Defendant had access, either directly or via the internet, which refers or relates to your policy concerning infringement of intellectual property rights over the internet.

**OBJECTION TO DEPOSITION TOPIC (n):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that the use of the term "Defendant" renders the Topic vague and ambiguous. Verizon further objects to this Topic on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Topic on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence.

**DEPOSITION TOPIC (o):**

Explanation of the process used to correlate the IP address with subscriber after the party has provided the initial subpoenaed information.

**OBJECTION TO DEPOSITION TOPIC (o):**

Verizon incorporates its general objections by reference. Verizon further objects to this Topic on the basis that it is overly broad and unduly burdensome. Verizon further objects to this Topic on the basis that it seeks information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence. Verizon further objects to this Topic on the basis that it seeks confidential or proprietary information belonging to Verizon.

Dated: January 11, 2013

MORRISON & FOERSTER LLP

By: ______________________

Giancarlo Urey

Attorneys for
VERIZON ONLINE LLC

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Los Angeles, California 90013-1024; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**OBJECTIONS TO MALIBU MEDIA LLC'S SUBPOENA TO VERIZON ONLINE LLC**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 555 West Fifth Street, Los Angeles, California 90013-1024, in accordance with Morrison & Foerster's ordinary business practices:

M. Keith Lipscomb, Esq.
Lipscomb, Eisenberg & Baker, PL
2 South Biscayne Boulevard
Ste. 3800
Miami, FL 33131

I declare under penalty of perjury that the above is true and correct.

Executed at Los Angeles, California, this 11th day of January, 2013.

| Rosa L. Beltran | /S/ |
|---|---|
| (typed) | (signature) |