IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>  )<br>Movant, )<br>  )<br>v. )<br>  )<br>VERIZON ONLINE, LLC, )<br>  )<br>Respondent. ) | Miscellaneous Case No. 6:13-MC-005-C |

## ORDER

Malibu Media, LLC ("Movant") initiated this miscellaneous case by filing a Motion to Enforce Subpoena on April 1, 2013, against Verizon Online, LLC ("Respondent").[1] Movant included a certificate of conference purporting to comply with Local Rule 7.1; however, the conference was held on February 1, 2013, two months before the filing of the Motion.

In Miscellaneous Case 6:12-MC-017-C, Malibu Media, LLC; Patrick Collins, Inc.; and Third Degree Films filed a Motion to Enforce Subpoena against Verizon Online, LLC, which the Court set for hearing on February 19, 2013. On February 15, 2013, those parties filed a Joint Motion to Withdraw and Dismiss the motions pending in that miscellaneous case because the issues embraced by the motions had been resolved. The Court granted that motion and vacated the February 19 hearing.

---

[1] Because this miscellaneous case was filed to seek enforcement of a subpoena against Verizon Online, LLC, a third-party internet service provider for John Doe defendants in civil cases pending in the Eastern District of Pennsylvania, the parties in this miscellaneous case should be designated "Movant" and "Respondent."

The Court finds that Movant's conference on February 1, 2013, was not made in anticipation of filing the instant Motion herein. Accordingly, the Court **ORDERS** counsel for Movant to confer with counsel for Respondent regarding the instant Motion and to file a supplemental certificate of conference.

Dated this 4th day of April, 2013.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE