IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Movant, | ) |
| v. | ) |
| VERIZON ONLINE, LLC, | ) |
| Respondent. | ) Miscellaneous Case No. 6:13-MC-005-C |

## ORDER

Hearing has been set on Malibu Media, LLC's Motion to Enforce Subpoena. Because Verizon Online, LLC has not appeared herein, the Court **ORDERS** Malibu Media, LLC to personally serve Verizon Online, LLC with a copy of the Court's April 4 order setting hearing for 1:15 p.m. on May 14, 2013.

The Court further notes that Malibu Media, LLC has not complied with the April 4 order for a supplemental certificate of conference. The Court **ORDERS** Malibu Media, LLC to file its supplemental certificate of conference by 9:00 a.m. on April 19, 2013.

Dated this 16th day of April, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE