# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | Case No: 6:13-mc-005 |
| ) | |
| Plaintiff, ) | Action Pending in: |
| ) | **Eastern District of Pennsylvania** |
| v. ) | 2:12-cv-02078-MMB |
| ) | |
| Verizon Online, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

## NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE SUBPOENA

Plaintiff, Malibu Media, LLC, by and through its undersigned counsel, hereby withdraws, without prejudice, its Motion to Enforce Subpoena. This Motion was filed on April 1, 2013, and was ascribed Docket No. 1.

DATED: April 24, 2013

        Respectfully submitted,

        **Ni, Wang & Associates, PLLC**

        By: /s/ Hao Ni
            Hao Ni, Esq.
            8140 Walnut Hill Lane, Suite 310
            Dallas Texas 75231
            Telephone No.: (972) 331-4602
            Facsimile No.: (972) 314-0900
            *Counsel for Plaintiff Malibu Media, LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 24, 2013 I electronically filed the foregoing document with the clerk of the court for the United States District Court for the Northern District of Texas using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        By: /s/ Hao Ni
            Hao Ni, Esq.