IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VERIZON ONLINE, LLC, | ) | |
| | ) | |
| Respondent. | ) | Miscellaneous Case No. 6:13-MC-005-C |

## ORDER

Came on for consideration the Notice of Withdrawal of Motion to Enforce Subpoena,

filed by Malibu Media, LLC on April 23, 2013.

IT IS ORDERED that the Motion to Enforce Subpoena filed by Malibu Media, LLC on

April 1, 2013, is **DENIED** as moot; the hearing set for May 14, 2013, is **VACATED**; and the

Clerk is directed to close this miscellaneous case.

Dated this 24th day of April, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE